UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

TYISHA D. STUBBS o/b/o
T.N.S. a minor,

    Plaintiff

v.

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF SOCIAL
SECURITY,

    Defendant

No. 3:12-CV-00905

(Judge Nealon)

FILED
SCRANTON

DEC 12 2013

PER _____ DEPUTY CLERK

## ORDER

**NOW**, this 12th day of December, 2013, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's appeal of the Commissioner's decision is **DENIED**.

2. The decision of the Commissioner of Social Security denying Plaintiff child's supplemental security income is **AFFIRMED**.

3. The Clerk of Court is directed to **CLOSE** this case.

United States District Judge